## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07cv4094                                              Purchased/Filed: May 25, 2007

STATE OF NEW YORK            DISTRICT COURT            SOUTHERN DISTRICT

---

*The New York City District Council of Carpenters Pension Fund, et. al*    Plaintiff

against

*Azzarone Contracting Corp.*    Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____June 5, 2007_____, at ___2:00 pm___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons and Complaint, Judge Chin's Rules and Magistrate Katz's Rules

on

_____Azzarone Contracting Corp._____, the

Defendant in this action, by delivering to and leaving with _____Donna Christie_____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age:___38___  Approx. Wt:___145___  Approx. Ht:___5'5"___
Color of skin:___White___  Hair color:___Blonde___  Sex:___F___  Other:_____

Sworn to before me on this

__6th__ day of _____June, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2007

Jessica Miller

Invoice•Work Order # SP0704735

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**